

# United States District Court
# Eastern District of California

WILMER RAMON CABRERA ARGUETA

**Plaintiff(s)**

V.

Christopher Chestnut, et al.

**Defendant(s)**

**Case Number:** 1:26-cv-04445-NW (HC)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

_____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

On _____Augu st30, 2024_____ (date), I was admitted to practice and presently in good standing in the

Florida southern District _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /✓ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____6/13/26_____    Signature of Applicant: /s/ __Miluska Zavala More__

**Pro Hac Vice Attorney**

Applicant's Name: Miluska Zavala More

Law Firm Name: DUBRULE & NOWEL, PLLC

Address: P.O. Box 9207

City: Bradenton FL    State: FL    Zip: 34206

Phone Number w/Area Code: 914-290-4900

City and State of Residence: Bradenton FL

Primary E-mail Address: Miluska@dbnimmigration.com

Secondary E-mail Address: 

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Natalia Vieira Santanna

Law Firm Name: Santanna Law Offices P.C.

Address: 1900 Fruitvale Avenue, Suite 3F

City: Oakland    State: CA    Zip: 94601

Phone Number w/Area Code: 510-922-0154    Bar # 337502

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

DENIED WITHOUT PREJUDICE

Judge Noël Wise

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA